IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEFFREY EDWARD MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-123 |
| | ) | |
| EDWARD PHILBIN; MS. DANIEL; | ) | |
| MS. JORDAN; MR. MICKEN; | ) | |
| MS. KING; and MS. LEVERETT, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the case without prejudice because Plaintiff provided dishonest information about his filing history and failed to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this ___9th___ day of November, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGI